# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MERCEDES NAVARRETE,<br><br>    Petitioner,<br><br>  v.<br><br>DEBORAH PATRICK, Warden,<br><br>    Respondent(s). | No. CV 08-0085-GHK (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 1/21/11

GEORGE H. KING
UNITED STATES DISTRICT JUDGE